1 | LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
2 | **GILBERT & SACKMAN**
A LAW CORPORATION
3 | 3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
4 | Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(k) PLAN; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.; BOARD OF TRUSTEES OF THE LOCAL 88 INDUSTRY STABILIZATION PROGRAM; and BOARD OF TRUSTEES OF THE LOCAL 88 APPRENTICE TRAINING AND JOURNEYMAN EDUCATIONAL FUND;<br><br>Plaintiffs,<br><br>v.<br><br>MAXIMUM ENTERPRISES, LLC dba MAXIMUM REFRIGERATION; BRIAN MADISON HARRIS; PATRICIA JEANNE HARRIS; and JOSEPH BERNARD ENGLISH, individuals<br><br>    Defendants. | Case No. 2:09-cv-09383 SJO (AGRx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

NOW, upon application of plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal

---

Workers Local 88 Section 401(k) Plan; Board of Trustees of the Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.; Board of Trustees of the Local 88 Industry Stabilization Program; and Board of Trustees of the Local 88 Apprentice Training and Journeyman Educational Fund, (collectively the "Trust Funds" or "Plans"), and upon declaration that judgment debtors, Maximum Enterprises, LLC dba Maximum Refrigeration and Brian Madison Harris, individual, jointly and severally ("Defendants") have failed to pay the total amount of said judgment; and that Defendants are indebted to the Plans. This renewal applies to all defendants except for Joseph Bernard English who was dismissed on March 30, 2010 and Patricia Jeanne Harris who filed for Chapter 7 bankruptcy that was discharged on December 14, 2011.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants jointly and severally, be renewed in the amount of $54,179.87, which is broken down as follows:

| | | |
|---|---|---|
| a. | Principal: | $25,109.15 |
| b. | Liquidated Damages and Late Filing Fees: | $19,324.79 |
| c. | Judgment interest: | $2,510.92 |
| d. | Plaintiffs' Fees: | $5,000.00 |
| e. | Costs: | $500.00 |
| | Subtotal (Judgment as entered): | $52,444.86 |
| f. | Less credits after judgment: | $25,109.15 |
| g. | Post-Judgment Interest calculated at 10% per annum per the Order on Stipulation entered on April 2, 2010 at paragraph 2, computed from April 2, 2010 to January 23, 2020 at $7.49 per day: | $26,844.16 |
| | **GRAND TOTAL:** | **$54,179.87** |

**IT IS SO ORDERED.**

Dated: JANUARY 27, 2020

_/s/_ Deputy Clerk
Clerk of Court